IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALEZ,

      Petitioner,                    No. CIV S-06-2669 GEB EFB P

   vs.

K. MENDOZA-POWERS, et al.,

      Respondents.           ORDER

                                /

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner challenges a denial of parole and is incarcerated in Avenal State Prison in Kings County. The action arises out of acts or occurrences in Kings County, which is located in the Fresno portion of this court's intra-district venue provisions. For that reasons, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

////

3. The new case number shall be used on all future filings, and such filings shall filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street,
>Fresno, CA  93721

Dated: December 7, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE